UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRIAN JOHNSTON, et al., | Case No. 2:14-cv-00103-GMN-PAL |
| Plaintiffs, | ORDER |
| v. | |
| NATIONSTAR MORTGAGE, LLC, | |
| Defendant. | |

This matter is before the court on the parties' Joint Status Report and Joint Request to Stay (Dkt # 58) as required in the hearing conducted November 19, 2014.

On November 18, 2014, the undersigned conducted a hearing on Defendant's Motion for Protective Order/Motion to Stay Class Discovery (Dkt. #40), which the undersigned granted in open court. The court further ordered counsel to submit a status report within twenty-one days of the date of the hearing on the status of the parties' settlement negotiations and their proposed discovery plan and scheduling order adjustments. The status report states the parties have had meaningful discussions, but have not reached a settlement in principle. The parties propose that the court stay all pending deadlines until they notify the court they have either settled or reached an impasse, and file status reports every 30 days.

The court encourages the parties' efforts to try to resolve this case, but will not stay this case indefinitely while the parties determine whether they have an agreement in principle or have reached an impasse. The court will order a 45-day stay and require the parties to either complete their negotiations, or, if no settlement has been reached, submit a proposed amended Discovery Plan and Scheduling Order designed to get this case ready for trial.

Accordingly,

/ / /

**IT IS ORDERED:**

1. The parties' joint request for a stay of proceedings is granted to the limited extent the court will stay all deadlines until **January 23, 2015**.

2. The parties shall have until **January 23, 2015,** to complete their negotiations and either reach a settlement or determine that an impasse has been reached.

3. The parties shall submit a joint status report no later than **January 23, 2015** advising the court of whether the case has settled, and if so, when the stipulation to dismiss will be filed.

4. If the parties have not settled they shall have until **January 23, 2015,** to submit a proposed amended Discovery Plan and Scheduling Order to complete discovery and motion practice to get this case ready for trial..

DATED this 9th day of December, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE